UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRYAN MEDIA, INC.,

    Plaintiff,

vs.                                    Case No. 8:05-cv-291-MSS

CITY OF ST. PETERSBURG, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes on for consideration upon the filing of Defendant, City of St. Petersburg's Motion to Compel Responses to Requests for Admission (Dkt. 13); Motion to Compel Interrogatories (Dkt. 14); and, Motion to Compel Production (Dkt. 15)(collectively, the "Motions to Compel"), as well as Plaintiff's collective response thereto (Dkt. 18). In addition, Defendant filed a Supplemental Statement of Compliance (Dkt. 19).

Pending before this Court are Defendant's three Motions to Compel (Dkts.13-15) to which Defendant filed a collective response, the sum and substance of which is that, the Court should deny Defendant's Motions to Compel because "Defendants' counsel failed to confer properly with the undersigned under Rule 3.01(g) of the Rules of the United States District Court for the Middle District of Florida" (Dkt. 18 at p. 1).

The Undersigned finds that Plaintiff's collective response to Defendant's Motions to Compel is insufficient. In addition, the Undersigned notes that Defendant's Supplemental Statement of Compliance (Dkt. 19) clearly sets forth, as do the Motions to Compel themselves, Defendant's compliance with Local Rule 3.01(g).

Thus, having reviewed the Motions to Compel and having found Plaintiff's response insufficient, the Undersigned **ORDERS** that Plaintiff has ten (10) days from the date of this Order to provide Defendant, the City of St. Petersburg with all of the information and documents it seeks in the Motions to Compel. Requests for extensions of this deadline will not be entertained.

**DONE** and **ORDERED** in Tampa, Florida on this 13th day of March 2006.

MARY S. SCRIVEN
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record